## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | | |
|---|---|---|
| Dr. Lem Burnham and Barbara Burnham, | : | |
| Individually & as h/w | : | |
| 109 Muirfield Court | : | |
| Moorestown, NJ 08057 | : | |
| Plaintiffs | : | CIVIL ACTION NO.: 07-cv-6101 |
| v. | : | |
| WMC Mortgage Corp., et al | : | |
| 3100 Thornton Avenue | : | JURY OF TWELVE (12) JURORS DEMANDED |
| Burbank, CA 91504 | : | |
| Defendants | : | |

## **ORDER**

AND NOW this _____ day of _____, 2010, upon consideration of Defendant, WMC's Motion for Reconsideration, and Plaintiffs' response in opposition thereto, it is hereby ORDERED and DECREED that Defendant's Motion is denied.

**AND IT IS SO ORDERED.**

_____
Karen M. Williams            ,M.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| Dr. Lem Burnham and Barbara Burnham, Individually & as h/w<br>109 Muirfield Court<br>Moorestown, NJ 08057 | :<br>:<br>:<br>: |
| Plaintiffs | :     CIVIL ACTION NO.: 07-cv-6101 |
| vi. | : |
| WMC Mortgage Corp., et al<br>3100 Thornton Avenue<br>Burbank, CA 91504 | :<br>:     JURY OF TWELVE (12) JURORS DEMANDED<br>: |
| Defendants | : |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT, WMC'S MOTION FOR RECONSIDERATION**

     In opposition to Defendant's Motion for Reconsideration, Plaintiffs request denial and point this Honorable Court to immediately recent, apposite authority towards same: <u>Gravely v. Wabash National Corp.</u>, Civ.A.No. 09-5435 (D.N.J. August 31, 2010).

     WHEREFORE, Plaintiffs request this Honorable Court deny Defendant's Motion for Reconsideration.

 

                                                      WEISBERG LAW, P.C.

                                                      <u>/s/ Matthew B. Weisberg</u>
                                                      Matthew B. Weisberg, Esquire
                                                      Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Dr. Lem Burnham and Barbara Burnham, | : | |
| Individually & as h/w | : | |
| 109 Muirfield Court | : | |
| Moorestown, NJ 08057 | : | |
|                 Plaintiffs | : | CIVIL ACTION NO.: 07-cv-6101 |
| vii. | : | |
| WMC Mortgage Corp., et al | : | |
| 3100 Thornton Avenue | : | JURY OF TWELVE (12) JURORS DEMANDED |
| Burbank, CA 91504 | : | |
|                 Defendants | : | |

**CERTIFICATE OF SERVICE**

      I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of September, 2010, a true and correct copy of the foregoing Plaintiffs' Response in Opposition to Defendant.

WMC's Motion for Reconsideration, was served via ECF upon the following parties:

David Scheffel, Esq.
Dorsey & Whitney
250 Park Avenue
New York, NY 10177

                                                 WEISBERG LAW, P.C.

                                                 /s/ Matthew B. Weisberg
                                                 Matthew B. Weisberg, Esquire
                                                 Attorney for Plaintiffs